UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIANE MOVSISIAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY, a Texas Corporation,<br><br>　　　　　Defendant. | Case No.  2:17-cv-02584 JAK(ASx)<br><br>**ORDER RE JOINT STIPULATION TO DISMISS CASE**<br><br>JS-6 |

| | |
|---|---|
| 1 | |
| 2 | The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice Plaintiff's Complaint in the above-entitled action. Each party shall bear its own costs and attorneys' fees. |

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice Plaintiff's Complaint in the above-entitled action. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: November 8, 2017

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE